AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:20cr235 |
| Seth Myers | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Seth Myers .

Date:  09/24/2020

*Attorney's signature*

Brian W. Stolarz (#88176)
*Printed name and bar number*

Fox Rothschild LLP
1030 15th Street, NW
Suite 380 East
Washington, DC 20005
*Address*

bstolarz@foxrothschild.com
*E-mail address*

(202) 794-1224
*Telephone number*

(202) 461-3102
*FAX number*