## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:20 CR 235 |
| | ) | |
| SETH MICHAEL MYERS, | ) | The Hon. Claude M. Hilton |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO SUBMIT UNREDACTED SENTENCING SUBMISSION UNDER SEAL

Comes now, Defendant Seth Michael Myers, by counsel, and respectfully requests permission to submit his unredacted sentencing submission under seal pursuant to Local Criminal Rule 49 of the United States District Court for the Eastern District of Virginia, with unredacted versions being provided to the Court and the government, and a redacted version being filed on the CM/ECF System.  This request for permission to file a sealed unredacted version of the sentencing materials, and to publicly file a redacted version of the same, arises from the fact that portions of the defense submissions and sentencing letters attached thereto contain sensitive and confidential medical information relating to non-parties to this action.

Based on the foregoing, Defendant respectfully requests that the motion be granted.

Respectfully submitted,
Seth Michael Myers
By Counsel

*/s/ Brian W. Stolarz*
Brian W. Stolarz (#88176)
Fox Rothschild LLP
1030 15th Street NW Suite 380
Washington, DC 20005
Phone: 202-794-1224
Facsimile: 202-461-3102
bstolarz@foxrothschild.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via ECF and thereby forwarded to all counsel of record on this 12th day of March 2021.

/s/ Brian W. Stolarz
Brian W. Stolarz
VA Bar #: 88176
Fox Rothschild LLP
1030 15th Street NW Suite 380
Washington, DC 20005
Phone: 202-794-1224
Facsimile: 202-461-3102
bstolarz@foxrothschild.com