FILED
IN OPEN COURT

MAR 19 2021

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:20-cr-235 (CMH) |
| ) | |
| SETH MICHAEL MYERS, ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER OF FORFEITURE

WHEREAS, on September 30, 2020, the defendant, Seth Michael Myers, waived indictment and pleaded guilty to a single-count Criminal Information charging the defendant with conspiracy to receive health care kickbacks, in violation of Title 18, United States Code, Section 371, and agreed to the entry of a forfeiture money judgment that is the subject of this order;

WHEREAS, the defendant obtained at least $428,124.99 during his participation in the conspiracy to receive health care kickbacks, an amount for which the defendant will be solely liable;

AND WHEREAS, the defendant agrees to waive the provisions of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2(a), 32.2 (b)(4) and 43(a) with respect to notice in the Criminal Information that the government will seek forfeiture as part of any sentence in this case, and that entry of this order shall be made a part of the sentence, in or out of the presence of the defendant, and included in the Judgment in this case without further order of the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The United States of America shall have a forfeiture money judgment, pursuant to Fed. R. Crim. P. 32.2(b)(1) and 18 U.S.C. § 982(a)(7), against the defendant, Seth Michael Myers, for $428,124.99, an amount that represents the illegal proceeds the defendant obtained during his participation in the conspiracy to receive health care kickbacks, in violation of Count One of the Criminal Information, and an amount for which the defendant shall be solely liable.

2. The United States of America may collect said judgment by all available means, including but not limited to the forfeiture of direct proceeds and substitute assets. The defendant stipulates and the Court finds that the requirements of 21 U.S.C. § 853(p)(1) are satisfied.

3. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States is authorized to conduct any appropriate discovery including depositions, interrogatories, requests for production of documents and for admissions, and pursuant to Fed. R. Civil P. 45, the issuance of subpoenas.

4. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this order shall be included in the judgment in this case.

5. Because the forfeiture consists of a money judgment, no ancillary proceeding is necessary as directed by Fed. R. Crim. P. 32.2(c)(1).

March 19, 2021
Alexandria, Virginia

                                                /s/ Claude M. Hilton
                                                District Judge Claude M. Hilton

WE ASK FOR THIS:

Raj Parekh
Acting United States Attorney

By: /s/ Monika Moore
      Monika Moore
      Carina Cuellar
      Assistant United States Attorneys

/s/
Seth Michael Myers
Defendant

/s/
Brian Winslow Stolarz, Esq.
Counsel for the Defendant

/s/
Robert M. Radick
Counsel for the Defendant

3